# ATTACHMENT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK DIVISION)

| | |
|---|---|
| NELSON ESTRELLA-ROSALES and JOANN ESTRELLA, individually and as husband/wife<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORPORATION; YUM! BRANDS INC.; ABC CORPORATION (1-10), and JOHN DOES 1-10<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF JACK DAY** |

I, Jack Day, hereby declare under penalty of perjury as follows: and

1. I am an attorney, duly licensed to practice law in the state of California and am an associate with the law firm of O'Melveny & Myers LLP, attorneys for Defendant Taco Bell Corp. ("Taco Bell") in the above captioned action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify thereto.

2. Attached as Attachment E is the August 22, 2019 letter from CT Corporation to Plaintiffs in the above titled matter. The letter was sent in response to Plaintiffs' attempt to serve Yum! Brands Inc.

3.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 20, 2019

_____
Jack Day