# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (NEWARK DIVISION)

| | |
|---|---|
| NELSON ESTRELLA-ROSALES and JOANN ESTRELLA, individually and as husband/wife <br><br> Plaintiffs, <br><br> v. <br><br> TACO BELL CORPORATION; YUM! BRANDS INC.; ABC CORPORATION (1-10), and JOHN DOES 1-10 <br><br> Defendants. | Case No. _____ <br><br> **DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record certifies that: Taco Bell Corp. ("Taco Bell") is a nongovernmental corporation that is wholly owned by Yum! Brands, Inc., which is a corporation organized and existing under the laws of the State of North Carolina and with its principal place of business at 1441 Gardiner Lane, Louisville, Kentucky 40213. No other publicly traded company owns ten percent (10%) or more of the stock of Taco Bell.

Respectfully submitted,

Dated:  September 20, 2019     By: /s/ Allen Burton  
                                                ALLEN BURTON (NJ Bar #020742001)  
                                                aburton@omm.com  
                                                O'MELVENY & MYERS LLP  
                                                7 Times Square  
                                                New York, NY 10036  
                                                Phone: (212) 326-2067  
                                                Facsimile:  (212) 326-2061

                                                *Attorney for Defendants*  
                                                *Taco Bell Corp.*  
                                                *Yum! Brands, Inc.*

## CERTIFICATE OF SERVICE

I, Allen Burton, do hereby certify that a true and correct copy of the foregoing Notice of Removal with lower court documents attached, Civil Cover Sheet, and Rule 7.1 Disclosure Statement of Defendant Taco Bell Corp. was filed on the date set forth below and served upon the following counsel:

SISSELMAN & SCHWARTZ, LLP
Douglas S. Schwartz Esq.
75 Livingston Avenue, Suite 302
Roseland, New Jersey 07068-3738

MAZIE SLATER KATZ & FREEMAN, LLC
Matthew R. Mendelsohn, Esq.
103 Eisenhower Parkway
Roseland, New Jersey 07068
*Attorneys for Plaintiffs*

Dated:  September 20, 2019          By: /s/ Allen Burton
                                    ALLEN BURTON (NJ Bar #020742001)
                                    aburton@omm.com
                                    O'MELVENY & MYERS LLP
                                    7 Times Square
                                    New York, NY 10036
                                    Phone: (212) 326-2067
                                    Facsimile:  (212) 326-2061

                                    *Attorney for Defendant*
                                    *Taco Bell Corp.*