# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (NEWARK DIVISION)

| | |
|---|---|
| NELSON ESTRELLA-ROSALES and JOANN ESTRELLA, individually and as husband/wife  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>TACO BELL CORPORATION; YUM! BRANDS INC.; ABC CORPORATION (1-10), and JOHN DOES 1-10  )<br><br>Defendants.  ) | Case No. 2:19-cv-18192-WJM-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41, and with no responsive pleading having been filed by an opposing party, Plaintiffs Nelson Estrella-Rosales and Joann Estrella hereby dismiss this matter without prejudice **ONLY** against Defendant Yum! Brands Inc.

Respectfully submitted,

Dated: October 17, 2019

By: _____
DOUGLAS S. SCHWARTZ (NJ Bar #038771991)
dschwartz@sisselmanschwartz.com
SISSELMAN & SCHWARTZ LLP
75 Livingston Avenue
Roseland, NJ 07068
Phone: (973) 533-0770
Facsimile: (973) 533-0780

*Attorney for Plaintiffs*
*Nelson S. Estrella-Rosales & Joann*
*Estrella, individually & as husband/wife*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, I caused a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to be served upon counsel of record by email and the CM/ECF system.

By: _____
DOUGLAS S. SCHWARTZ